Slivka, Admrx., et al. *v.* Ference et al., Appellants.

Argued November 29, 1945. Before MAXEY, C. J., DREW, LINN, STERN, PATTERSON, STEARNE and JONES, JJ.

342

344

*William A. Challener, Jr.*, with him *William A. Challener, Harold F. Reed* and *Challener & Challener*, for appellants, Jones & Laughlin Steel Corp. and Woodlawn Land Company.

*Ralph H. Demmler*, with him *John J. Heard, John B. Gordon* and *Reed, Smith, Shaw & McClay*, for appellee, Pittsburgh & Lake Erie Railroad Co.

*Thompson Bradshaw*, for plaintiff.

*Margiotti & Casey*, for J. C. Slivka.

*Dickie, Robinson & McCamey*, for Ohio River Motor Coach.

PER CURIAM, January 7, 1946:
The judgment is affirmed on the opinion of Judge SMART of the court below.